

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2016

No. 04-16-00436-CV

**IN THE INTEREST OF G.T. AND D.M.T., CHILDREN**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01964
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court